# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1363**           **September Term, 2024**

FCC-89FR91578
FCC-89FR97559

**Filed On: July 30, 2025** [2127961]

Public Safety Spectrum Alliance and Public Safety Broadband Technology Association,

    Petitioners

    v.

Federal Communications Commission and United States of America,

    Respondents

------------------------------

Coalition for Emergency Response and Critical Infrastructure and San Francisco Bay Area Rapid Transit District,
    Intervenors

------------------------------

Consolidated with 24-1364, 25-1028, 25-1034

**O R D E R**

    Upon consideration of respondents' unopposed motion for a 10-day extension of time to file the remaining briefs, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Respondents' Brief | August 14, 2025 |
| Joint Brief for Respondent-Intervenors CERCI and BART | August 21, 2025 |
| Joint Brief for Respondent-Intervenors PSSA and Fraternal Order of Police | August 21, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1363**                            **September Term, 2024**

| | |
|---|---|
| Joint Reply Brief for Petitioners CERCI, NSA/CSSA, and BART | September 15, 2025 |
| Reply Brief for Petitioner PSSA | September 15, 2025 |
| Deferred Appendix | September 22, 2025 |
| Final Briefs | September 29, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk