No. 24-1363 September Term, 2025

FCC-89FR91578
FCC-89FR97559

Filed On: November 10, 2025 [2144601]

Public Safety Spectrum Alliance and Public
Safety Broadband Technology Association,

     Petitioners

     v.

Federal Communications Commission and
United States of America,

     Respondents

------------------------------

Coalition for Emergency Response and
Critical Infrastructure and San Francisco
Bay Area Rapid Transit District,
     Intervenors

------------------------------

Consolidated with 24-1364, 25-1028,
25-1034

# O R D E R

Upon consideration of the joint motion regarding oral argument format, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of these cases scheduled for November 24, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners Coalition for Emergency Response and Critical Infrastructure, et al. | - | 15 Minutes |
| Petitioners Public Safety Spectrum Alliance and Public Safety Broadband Technology Ass'n | - | 5 Minutes |
| Respondents | - | 15 Minutes |
| Intervenors National Fraternal Order of Police and Public Safety Spectrum Alliance | - | 5 Minutes |

No. 24-1363 September Term, 2025

The panel considering these cases will consist of Circuit Judges Wilkins, Katsas and Rao.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 12, 2025.

**Per Curiam**

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)